# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-306-01 | MAGIS. NO: |
| V. MICHAEL D. RICHARDS | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Michael Daniel Richards  **FILED OCT 16 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT** | |
| DOB:   PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL MAINTENANCE OF A PREMISES TO MANUFACTURE, DISTRIBUTE, STORE, AND USE A CONTROLLED SUBSTANCE;
UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL DISTRIBUTION OF COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE;
AIDING AND ABETTING

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
21:856;(a)(2); 21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(A)(iii); and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE): U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED: 10/12/06 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 10/12/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 10/12/06 | NAME AND TITLE OF ARRESTING OFFICER Stephanie R. Owens Deputy US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 10/16/06 | | |
| HIDTA CASE: Yes    No X | | OCDETF CASE:   Yes    No X |