# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **v.** | :     **Case No.  06-306  (EGS)** |
| | : |
| **MICHAEL DANIEL RICHARDS, Et. Al.** | : |
| **Defendant.** | :     **Hearing Date:  June 21, 2007** |

## GOVERNMENT'S MOTION REGARDING RULE 609 EVIDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits its Motion Regarding Rule 609 Evidence.   In support thereof, the United States submits the following points and authorities and any other such evidence or argument as may be adduced at a hearing on the Motion.

We move to admit evidence of the facts of the cases which comprised the defendants following convictions:

## MICHAEL DANIEL RICHARDS

_____(Rev:  2/6/07 - FINAL - CARPENTER)

| No. | Date | Name | Case No. | Charge | Jurisdiction | Date of Dispos | Disp |
|---|---|---|---|---|---|---|---|
| 1 | 9/28/06 | Micheal Daniel Richards<br><br>PDID:  523-810<br><br>DOB:  2/14/64 | 06-410M-03 | AUCSA Conspiracy to Dist. Marijuana<br><br>CSA Dist. Coc (Crack) | WDC | 9/28/06<br><br>9/29/06<br><br>10/4/06 | Not Y<br><br>Rele<br><br>Dete |
| 2 | 2/17/06 | Michael Daniel Richards | 2006-CMD-2873 | Poss of a Control Substance - Misd | WDC | | Pend |
| 3 | 6/18/03 | Michael Daniel Richards | 2003-DVM-2050 | Bail Act Violation | WDC | 11/21/03 | Not C |

| No. | Date | Name | Case No. | Charge | Jurisdiction | Date of Dispos | Dispo |
|-----|------|------|----------|--------|--------------|----------------|-------|
| **4** | **2/10/03** | **Michael Daniel Richards** | **2003-DVM-0467** | **Assault Domestic** | **WDC** | **12/11/03** | **180D 1Y S [ord miss** |
| 5 | 9/29/01 | Michael Daniel Richards | 2001-FEL-6137 | CPWL Outside Home / Business Unregistered Ammo | WDC | 9/29/01 | No P No P |
| 6 | 12/1/00 | Michael Daniel Richards | 01018945 | PWID Cocaine | WDC | 12/1/00 | No P |

## CHRISTOPHER  FLEMING

_____(Rev: 6/1/07 - FINAL - CARPENTER)

| No. | Date | Name | Case No. | Charge | Jurisdiction | Date of Dispos | Disp |
|-----|------|------|----------|--------|--------------|----------------|------|
| 1 | 10/17/06 | Christopher Fleming  PDID:  589-038  DOB:   5/2/64 | 2006-FUG-002333 | Fugitive from Justice | WDC | 10/18/06 | Incom |
| 2 | 9/28/06 | Christopher Fleming | 06-410M-01 | CSA Distribution of Crack Cocaine | WDC | 9/28/06  10/2/06 | Rele |
| **3** | **8/23/06** | **Christopher G. Fleming** | **2006-CMD-018305** | **Attempted Theft 2nd Degree Destruction of Property less than $200** | **WDC** | **2/12/07** | **Time $100** |

| No. | Date | Name | Case No. | Charge | Jurisdiction | Date of Dispos | Disp |
|---|---|---|---|---|---|---|---|
| 4 | 3/24/06 | Christopher Fleming | 4H38602 | CDS:  Possession Marijuana<br><br>CDS:  Possession Paraphernalia | Salisbury, MD | 2/5/07 | FTA<br><br>FTA<br><br>[I co<br><br>also o |
| 5 | 4/7/97 | Christopher Fleming | 1997-CDC-001829 | Panhandling | WDC | 4/22/97 | Secu |
| 6 | 6/6/85 | Christopher Fleming | 0023598E1 | CDS:  Unlawful Possession | PGC, MD | 9/17/85 | Stet<br><br>Judg |
| 7 | 7/7/98 | Christopher Fleming | GC98013245 | Petit Larceny | Fairfax, VA | 7/23/98 | Nolle |

## __RUSSELINE  MILES__

__(Rev: 3/26/07 - FINAL - CARPENTER)__

| No. | Date | Name | Case No. | Charge | Jurisdiction | Date of Dispos | Disp |
|---|---|---|---|---|---|---|---|
| 1 | 9/27/06 | Russeline Miles<br>PDID:   301-385<br>DOB:    6/30/61 | 06-410-02 | CSA Distribution of Crack Cocaine | WDC | 9/28/06 | Rele<br><br>Hold |
| 2 | 12/4/04 | Russeline Miles | 2004-CMD-012478 | Unlawful Entry | WDC | 12/4/04 | No P |
| **3** | **3/24/06** | **Russeline Miles** | **2004-CMD-02853** | **Bail Act Violation** | **WDC** | **4/12/04** | **90D,**<br><br>**[Rec** |
| 4 | 6/24/06 | Russeline Miles | 2003-CMD-05115 | Bail Act Violation | WDC | 4/12/04 | Nolle |

| No. | Date | Name | Case No. | Charge | Jurisdiction | Date of Dispos | Dispos |
|---|---|---|---|---|---|---|---|
| **5** | **9/12/02** | **Russeline Miles** | **2002-CMD-10040** | **Bail Act Violation** | **WDC** | **6/24/03** | **90D** |
| | | | | | | | **[Rec** |
| 6 | 7/27/01 | Russeline Miles | 2001-CMD-08725 | UCSA Possession Marijuana | WDC | 6/24/03 | Dism |
| | | | | Possession Drug Paraphernalia with | | 6/25/03 | Dism |
| | | | | Intent to Use | | | |
| 7 | 7/27/01 | Russeline Miles | 2001-FUG-02045 | Fugitive Failure to Appear (FTA) | WDC | 8/27/01 | Dism |
| 8 | 12/1/00 | Russeline Danile Kaulule | Unknown | Cocaine w/Armed Controlled Substance Act PWID | WDC | 6/24/03 | Per S not e |
| **9** | **9/26/99** | **Russeline Miles** | **GC99004671-00** | **Obtain Money by False Pretense** | **Arlington, VA** | **10/29/99** | **90D** |
| | | | " | <u>Per Arlington Court below:</u> | Attn:  Sain | " | **Cost** |
| | | | GC99004671-01 | Restitution Violation | Arlington DCrt | 7/15/03 | Dism |
| | | | GC99004671-02 | Non-Compl Rest Agreement | 1425 North CH | 7/15/03 | Reca |
| | | | | | Rd,Arlington, | | |
| | | | | | VA  22201 | | **[2/6/** |
| **13** | **1/29/98** | **Russeline Miles** | **CF980210** | **Distribution Cocaine** | **Alex, VA** | **7/16/98** | **5Y, S** |
| | | | **GC98000546** | " | | | **Prob** |
| | | | **GC98000637** | **Poss Cocaine** | | | **1Y, S** |
| | | | | " | | | **cond** |
| | | | | | | | **[sen** |
| 15 | 6/4/97 | Russeline Miles | GC97006261-00 | Capias | Circuit Crt Alex, VA | 12/29/97 | GJ [Per there |

| No. | Date | Name | Case No. | Charge | Jurisdiction | Date of Dispos | Dispo |
|---|---|---|---|---|---|---|---|
| 18 | 1/13/95 | **Russeline Miles** | **CF950216** **GC91004979** | **Distribution of Cocaine** " " " **Possession of Cocaine** | **Alex, VA** | **2/23/95** " " " **1/29/98** " | **Not** **3Y, 2** **Supt** " **Viola** **2Y 3** **days** [**sen** |
| 19 | 12/19/94 | Russeline Miles | Unknown | Trespassing (Misd) | Alex, VA | 1/13/95 | Guilt [Per there |
| 20 | 10/23/91 | **Russeline Miles** | **CF920698** **GC95000835** | **Poss Cocaine (Felony)** | **Alex, VA** | **1/21/93** " " **1/10/95** | **3Y w** **Supt** " **Viola** **2Y 3** [**sen** |
| 21 | 1/11/90 | Russeline Miles | 90000158 | Larceny | Alex, VA | 2/14/90 | Nolle [No r |
| 22 | 8/4/90 | **Russeline Miles** | **CR90001682-00** | **Poss Cocaine (Felony)** | **Alex, VA** | **10/2/90** | **6M /** **Fine** [No |

| No. | Date | Name | Case No. | Charge | Jurisdiction | Date of Dispos | Disp |
|---|---|---|---|---|---|---|---|
| 23 | 9/27/89 | Russeline Miles | Unknown | Distribute Imitation Drugs | Alex, VA | 12/8/89 | Nolle [No r |
| 24 | 4/2/89 | Russeline Miles | Unknown | Assault | Alex, VA | 5/4/89 | Nolle [No r |
| 25 | 10/17/83 | Russeline Miles | Unknown | Assault | Arlington, VA | Unkn | Disp [No r |

## Argument

In the event a defendant testifies at trial, the government should be permitted to impeach the defendant(s) with their prior conviction(s).

Federal Rule of Evidence 609(a)(2) allows for the introduction of convictions for crimes involving dishonesty or false statement to attack the credibility of the defendant in a criminal case. Federal Rule of Evidence 609(a)(1) also allows for the introduction of convictions punishable by imprisonment in excess of one year to similarly attack the credibility of the defendant, subject to a prescribed balancing of probative value and prejudicial effect of evidence.  The rule specifically provides that any such conviction "shall be admitted if the [trial] court determines that the probative value of admitting this evidence outweighs its prejudicial effect to the accused."  Fed. R. Evid. 609(a)(1).  The rule specifically provides that any such conviction "shall be admitted if the [trial] court determines that the probative value of admitting this evidence outweighs its prejudicial effect to the accused."  Fed. R. Evid. 609(a)(1).  This Circuit has held that "the district court has discretion to determine when to inquire into the facts and circumstances underlying a prior conviction and how extensive an inquiry to conduct" when balancing under Rule 609.

United States v. Lipscomb, 702 F.2d 1049, 1068 (D.C. Cir. 1983); see also United States v.

Brown, 603 F.2d 1022, 1028 (1st Cir. 1979) (requirements of 609(b) balancing met "even though

specific facts and circumstances were not itemized for the record").

 Rule 609(b) requires written notice of the intent to use a conviction for a crime punishable

for more than one year it the date of the conviction or the date of release is more than ten years

old.

 The defendants prior convictions bear directly upon credibility.  The effect of prior

convictions upon a juror's evaluation of witness testimony is well documented.  The serious

nature of the defendants prior offenses may be considered by the jury as indicative of his lack of

veracity.  Such convictions are probative of a defendants respect for the law and are directly

relevant to an examination of his credibility.  Courts routinely admit evidence of such prior

convictions, even when the prior offenses are of the same type as the instant charges.  See e.g.,

United States v. Smith, 49 F.3d 475, 478 (8th Cir. 1995) (evidence of defendant's prior gun

conviction properly used to impeach his credibility in case charging defendant with being a felon

in possession of a firearm).

 Of course, the court can and should significantly lessen the prejudicial effect of the

admission of evidence of the defendants prior criminal convictions by instructing the jury as to the

limited use to which it can put evidence of a prior conviction.

WHEREFORE, the government respectfully requests that the Court permit the government to impeach the defendant(s) with prior convictions should they choose to testify.

Respectfully submitted,

JEFFERY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NO. 498-610


By: _____

MARTIN DEE CARPENTER
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this pleading has been mailed, postage prepaid, this 1st day of June, 2007, to counsel for Defendant Richards, Brian McDaniel, Esquire, by electronic filing kbmassociates@aol.com and by first class mail, postage prepaid, to Suite No. 506, 1211 Connecticut Avenue, Northwest, Washington, D.C. 20036, Office No. (202) 331-0793; Facsimile (202) 331-7004, and by electronic filing to:

Attorney Danielle C. Jahn
Email: dani_jahn@fd.org

Attorney Joanne D. Slaight
Email: jslaight@att.net

_____

MARTIN DEE CARPENTER, Bar No. 431-211
Assistant United States Attorney
Organized Crime & Narcotics Trafficking Section
555 4th Street, N.W., Room No. 4116
Washington, D.C. 20530
(202) 514-7063

Email: martin.carpenter2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Case No.  06-306  (EGS)** |
| | : | |
| **MICHAEL DANIEL RICHARDS, Et. Al.** | : | |
| **Defendant.** | : | **Hearing Date:  June 21, 2007** |


**ORDER**

Having reviewed the Government's Motion Regarding 609 Evidence, any Opposition

thereto, and such evidence as has been presented at a hearing on the motions, the Court hereby

rules that the Government's Motion regarding FRE 609 evidence is GRANTED.

It is hereby FURTHER ORDERED that the Government's motion be made a part of the

record in this case.  IT IS SO ORDERED, this _____ day of April, 2007.


_____
JUDGE THOMAS F.  HOGAN
Chief Judge, United States District Court
        for the District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile   (202) 616-2296
Email: martin.carpenter2@usdoj.gov

Attorney Eduardo Balarezo
Email: lawoffice@blalrezo.net

Attorney Brian K. McDaniel
Email:  kbmassociates@aol.com

Attorney Marie Elise Haldane
Email: ehaldane@msn.com

Attorney James W. Rudasill, Jr.
Email:  rudasilljr7@aol.com

Clerk of the Court
United States District Court
for the District of Columbia