IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | * | |
|     Plaintiff, | * | |
| vs. | * | Cr. No. 06-306 (TJH) |
| | * | |
| Michael Richards | | |
| | * | |
|     Defendants, | | |
| | * | |

\*    \*    \*    \*    \*    \*    \*

MOTION TO FILE OUT OF TIME

COMES NOW, the Accused Michael Richards, by and through his counsel, Brian K. McDaniel and McDaniel & Associates P.A. and submits this Motion to file pleadings out of time and in support of the same submits the following:

1. This matter came before the court for status hearing on Wednesday May 30, 2007, at which time all parties were present. During said hearing the court mandated that all motions which would be filed by Defense counsel should be filed by midnight on Friday June 1, 2007.

2. During the hearing counsel for Mr. Richards and Mr. Richards through counsel represented that he was willing to toll the statute for a period of time to allow the government to secure the pending superseding indictment and that motions would be filed on behalf of Mr. Richards within the proscribed period.

3. At the time and through a portion of the next week, counsel was involved in a trial before the Honorable Judge Roberts in the matter of United States v. Marcus Pinckney which did not come to verdict until Tuesday June 5, 2007. As such counsel has not been able to file the motions which he intended to file in this matter.

4. Counsel intends to file a motion to suppress tangible evidence, a motion for severance and a motion for early disclosure of witnesses and requests an extension of the time for filing these motions until Monday June 11, 2007.

                                  Respectfully Submitted,

                                  _____
                                  Brian K. McDaniel, Esq.
                                  McDaniel & Asso. P.A.
                                  1211 Connecticut Avenue NW
                                  Suite #506
                                  Washington DC 20036
                                  Telephone   (202) 331-0793


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of June, 2007 a copy of the foregoing Motion was sent postage prepaid to:

Martin Dee Carpenter,
Assistant United States Attorney
Organized Crime & Narcotics Trafficking
555 4th Street, N.W. – Room No. 4116
Washington, DC 20001


                                  _____
                                  Brian K. McDaniel