UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-306 (EGS) |
| ) | |
| MICHAEL RICHARDS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of defendant Michael Richards's Motion to File Out of Time [Dkt. No. 35], it is by the Court hereby

**ORDERED** that Richards's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Richards shall file any motions by no later than **June 11, 2007.**

**SO ORDERED.**

Signed:   **Emmet G. Sullivan
United States District Judge
June 8, 2007**