IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Cr. No. 06-306-1(TFH) |
| ) | |
| MICHAEL RICHARDS,        ) | |
| ) | |
| Defendant.      ) | |
| _____) | |

DEFENDANT MICHAEL RICHARDS' MOTION TO ADOPT AND CONFORM
TO CODEFENDANT'S MOTIONS

Defendant, Michael Richards, by and through his counsel, Brian K. McDaniel and McDaniel & Asso. P.A., respectfully moves this Honorable Court for leave to adopt and conform to Motions filed on behalf of the other defendants in the above-captioned matter that assert grounds for relief that Defendant has standing to raise and are not inconsistent with relief he seeks in his own motions. Defendant maintains that the Court's granting this Motion will conserve judicial resources by limiting defense counsel's filing of duplicative motions.

WHEREFORE, for the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

_____
Brian K. McDaniel
McDaniel & Asso. P.A.
1211 Connecticut Ave. N.W.
Suite 506
Washington, D.C. 20036
Telephone (202) 331 - 0793

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Motion has been served by facsimile and first class mailing upon the Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20001, to the attention of Mr. Martin Carpenter.

                                          _____
                                          Brian K. McDaniel, Esq.