UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-306 (EGS) |
| ) | |
| MICHAEL RICHARDS, *et al.*, ) | **FILED** |
| ) | |
| Defendants. ) | JUN 2 1 2007 |
| ) | |

<u>ORDER</u>

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Pursuant to the status hearing held on June 21, 2007, it is by the Court hereby

**ORDERED** that the government and defendants shall file any additional motions or notices, or supplements to existing motions or notices, by no later than **July 23, 2007**; responses shall be filed by no later than **August 23, 2007**; replies, if any, shall be filed no later than **September 6, 2007**; and it is

**FURTHER ORDERED** that a motions hearing is scheduled for **October 23, 2007 at 10:00 a.m.**; and it is

**FURTHER ORDERED** that trial is scheduled to begin on **January 15, 2008 at 9:00 a.m.**

SO ORDERED.


Signed:   Emmet G. Sullivan
          United States District Judge
          June 21, 2007