UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 06-306 (EGS) |
| v. : | |
| : | |
| MICHAEL DANIEL RICHARDS, et al., : | |
| Defendants. : | |

## NOTICE OF ADDITION OF GOVERNMENT COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that in addition to Assistant United States Attorney (AUSA) Martin D. Carpenter, AUSA Gregory G. Marshall will represent the United States in the above-captioned case.

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney
D.C. Bar No. 498-610

By: /s/
_____
Gregory G. Marshall
Assistant United States Attorney
N.Y. Bar
555 Fourth Street, N.W., Room 4126
Washington, D.C. 20530
office: 353-7557; facsimile: 514-8707
e-mail: gregory.marshall@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served via electronic filing to counsel for the defendants on this 27th day of September, 2007.

/s/
_____
Gregory G. Marshall
Assistant United States Attorney