UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| | : | |
| v. | : | CR. 06-306 (EGS) |
| | : | |
| MICHAEL DANIEL RICHARDS, Et. Al. | : | |
| Defendant. | : | Hearing Date: Oct. 23, 2007 |

**GOVERNMENT'S MOTION & NOTICE OF
DEFENDANT SHAW'S PRIOR CONVICTIONS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves and provides this Honorable Court with notice of the previous convictions of the defendants in the matter for trial. The Government states as follows:

Pursuant to Title 21, United States Code, Section 851(a)(1), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant, JUNIOR SHAW, has been convicted of the following offenses:

| Offense | Case Number | Court/Jurisdiction | Date |
| --- | --- | --- | --- |
| PWID COCAINE | MD 2411005 | P.G. County, MD | 01-09-03 |
| DISTRIBUTION COCAINE | MD 2411005 | P.G. County, MD | 01-09-03 |
| POSSESSION OF A FIREARM DURING A DRUG TRAFFICKING CRIME | MD 2411005 | P.G. county, MD | 01-09-03 |

The United States further informs the Court that the existence of any prior conviction(s) for a felony drug offense(s) as defined by Title 21, United States Code, Section 802 (44), may subject

the defendant to enhanced penalties under Title 21, United States Code, Section 841(b). The existence of one prior qualifying drug conviction subjects the defendant to a sentence of not less than 20 years imprisonment nor more than life, while the existence of two or more prior qualifying drug convictions subjects the defendant to a mandatory life sentence without the possibility of release. Further, the defendant(s) may face additional penalty enhancements under the federal sentencing guidelines. These added penalty enhancements may include designation as a career offender under Section 4B of the United States Sentencing Commission's Guidelines Manuel. Such a designation could significantly increase the defendant's sentencing exposure to 30 years to life imprisonment.

WHEREFORE, for all of the foregoing reasons, the Government respectfully moves to provide this Honorable Court with the above stated notice of prior convictions.

                                      Respectfully submitted,

                                      JEFFERY A. TAYLOR
                                      UNITED STATES ATTORNEY
                                      D.C. BAR NO. 498-610

By: _____
      MARTIN DEE CARPENTER
      Assistant United States Attorney
      Organized Crime and Narcotics Trafficking Section

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of this pleading has been served upon defense counsel Attorney Andrea Antonelli by facsimile, this 16th day of October, 2007, and by electronic filing to:

| | |
|---|---|
| Attorney Brian K. McDaniel<br>Email: kbmassociates@aol.com | Attorney Danielle C. Jahn<br>Email: dani_jahn@fd.org |
| Attorney Joanne D. Slaight<br>Email: jslaight@att.net | Attorney Andrea Patricia Antonelli<br>Email: apantonelli@verizon.net |
| Attorney Richard Alan Seligman<br>Email: rickselig@aol.com | Attorney Jerry Ray Smith<br>Email: jerryraysmith@verizon.net |

_____
MARTIN DEE CARPENTER, Bar No. 431-211
Assistant United States Attorney
Organized Crime & Narcotics Trafficking Section
555 4th Street, N.W., Room No. 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile No. (202) 514-8707

Email: martin.carpenter2@usdoj.gov