UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 06-306 (EGS) |
| v. | : | |
| | : | |
| MICHAEL RICHARDS, et al., | : | |
| Defendants. | : | |

**GOVERNMENT'S NOTICE REGARDING THE
ESTIMATED DURATION OF ITS CASE-IN-CHIEF**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits, in response to the Court's request, this notice regarding the estimated duration of the government's case-in-chief.

At this juncture, the United States estimates that it will call approximately 25 witnesses during its case-in-chief, and expects that its case will take two to three weeks to complete.

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney
D.C. Bar No. 498-610

By:  /s/
_____
Gregory G. Marshall
Assistant United States Attorney
N.Y. Bar
555 Fourth Street, N.W., Room 4126
Washington, D.C. 20530
office: 353-7557; facsimile: 514-8707
gregory.marshall@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served, via electronic filing, upon counsel for the defendants on this 21st day of December, 2007.

/s/

_____
Gregory G. Marshall
Assistant United States Attorney