```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


UNITED STATES
        Plaintiff,

    vs.                              Criminal No. 06-306-1(EGS)

MICHAEL RICHARDS
        Defendant.
```

**ORDER**

The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **APRIL 4, 2008**; defendant's memorandum lf law, if any shall be filed by no later than **APRIL 11, 2008**; the Government's memorandum of law, if any shall be filed by no later than **APRIL 18, 2008**, and it is further

ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **APRIL 29, 2008 AT 2:00 P.M.**

IT IS SO ORDERED.

DATE: January 25, 2008        EMMET G. SULLIVAN
                              UNITED STATES DISTRICT JUDGE