UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        Criminal No. 06-306-1 (EGS)

v.

MICHAEL RICHARDS,
        Defendant.
_____/

FILED

JAN - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PROFFER OF EVIDENCE

If this case were to go to trial, the Government's evidence would establish the following beyond a reasonable doubt:

1.      From in or about January of 2000 to September 26, 2006, in the District of Columbia and elsewhere, the defendant, Michael Richards, assisted by Russelline Miles, Conroy Forbes, Donnie Smith, Junior Shaw, Gregory Gant, Christopher Fleming, and others, repeatedly obtained cocaine, cooked the cocaine into cocaine base (also known as "crack cocaine"), and distributed the cocaine base to customers in the District of Columbia and its metropolitan area.

2.      From in or about January of 2000 to in or about 2002, Richards and others employed several couriers who repeatedly obtained cocaine in California, Florida, and Jamaica, and transported the cocaine, which was typically in kilogram or multi-kilogram amounts, into the District of Columbia. Thereafter, until his arrest on September 26, 2006, Richards obtained cocaine and cocaine base from other sources in the District of Columbia metropolitan area, and continued to process and distribute crack cocaine. Over the course of the conspiracy, Richards, Miles, Forbes, Smith, Shaw, Gant, Fleming, and others cooked the cocaine in, and/or distributed the crack cocaine from, among other places, the following residences in the District of Columbia: apartment 31 in 4405

1st Place, N.E.; apartment 204 in 77 Hawaii Avenue, N.E.; apartment 104 in 90 Webster Street, N.E.; apartments 104 and 204 in 86 Webster Street, N.E.; 82 Webster Street, N.E.; and apartment 202 in 65 Hawaii Avenue, N.E.

3. Richards frequently possessed a handgun while carrying out his narcotics-related activities.

4. From in or about 2000 to 2002, Forbes assisted Richards by, among other things, supervising and transporting the drug couriers, guarding locations where the cocaine base was processed and distributed, and distributing cocaine base. Forbes often armed himself with a handgun while carrying out these activities.

5. On nine separate occasions in the District of Columbia, Richards, or one of his co-conspirators acting on his behalf, sold crack cocaine to an undercover police officer; these sales totaled approximately 377 grams of crack cocaine.

6. On September 26, 2006, an undercover police officer negotiated with Richards on the telephone to buy an additional 62 grams of crack cocaine. Later that day, Richards, Miles, and Fleming were arrested outside of 65 Hawaii Avenue, N.E. At the time of their arrest, Richards was in possession of four $10 ziplock bags of crack cocaine and $686 in cash; Miles was in possession of over 50 grams of crack cocaine -- the narcotics which were to be sold that day to the undercover officer. Police officers subsequently executed a search warrant at apartment
N.E., where Richards lived with Fleming, and drug paraphernalia (including numerous small ziplock bags, a razor blade, and a scale), .38 caliber ammunition, and a marijuana plant were recovered from the residence.

7. From in or about January of 2000 to September 26, 2006, Richards was accountable



2

for the distribution of over 1.5 kilograms of cocaine base and more than 50 kilograms of cocaine.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the defendant or the Government, but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the defendant's plea of guilty to the charge of Conspiracy to Possess With Intent to Distribute and to Distribute 50 Grams or More of Cocaine Base and 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. Section 846.

    Respectfully submitted,

    Jeffrey A. Taylor
    United States Attorney
    DC Bar No. 498610

    Emory V. Cole
    Assistant United States Attorney
    PA Bar No. 49136

By: _____
    Gregory G. Marshall
    Assistant United States Attorney
    NY Bar
    (202) 353-7557
    gregory.marshall@usdoj.gov

## Defendant's Acceptance

I have read the Proffer of Evidence setting forth the facts as to my conduct involving the charge of Conspiracy to Possess With Intent to Distribute and to Distribute 50 Grams or More of Cocaine Base and 5 Kilograms or More of Cocaine, in violation of Title 21, United States Code, Section 846. I have discussed this proffer fully with my attorney, Brian K. McDaniel, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 1/25/8.

Michael Richards
Defendant

## Attorney's Acknowledgment

I have read each of the pages constituting the Government's Proffer of Evidence as to the charge against my client, Conspiracy to Possess With Intent to Distribute and to Distribute 50 Grams or More of Cocaine Base and 5 Kilograms or More of Cocaine, in violation of Title 21, United States Code, Section 846. I have reviewed the entire proffer with my client and have fully discussed it with him.

Date: 1/25/08

Brian K. McDaniel, Esquire
Counsel for Michael Richards