**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

JAN — 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
    Plaintiff,

vs.                                  Criminal No. 06-306-1(EGS)

MICHAEL DANIEL RICHARDS
    Defendant.

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Michael Richards_
Defendant

_[signature]_
Counsel for Defendant

I Consent:

_[signature]_
United States Attorney

Approved:

_[signature]_
Judicial Officer

CO-526 (12/86)