UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | DOCKET NO.: 06-306-01 |
| | ) | |
| Michael Daniel Richards | ) | |

## ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on March 7, 2008.

The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant. Accordingly, it is by the Court, this 17th day of April, 2008,

**ORDERED**, that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____
Emmet G. Sullivan
United States District Judge

4/17/08
_____
DATE