**HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Docket No.: <u>1:06-CR-306-01</u> **FILED** |
| | : | |
| vs. | : | SSN: **APR 2 9 2008** |
| | : | **NANCY MAYER WHITTINGTON, CLERK** |
| **RICHARDS, Michael Daniel** | : | Disclosure Date: <u>March 7, 2008</u> **U.S. DISTRICT COURT** |

<u>**RECEIPT AND ACKNOWLEDGMENT OF**</u>
<u>**PRESENTENCE INVESTIGATION REPORT**</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>For the Government</u>
(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _3/25/08_____
Prosecuting Attorney                        Date

<u>For the Defendant</u>
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____
Defendant          Date                    Defense Counsel          Date

<u>**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>March 21, 2008</u>, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Gennine A. Hagar, Chief
       United States Probation Officer